UNITED STATES DISTRICT COURT

Northern District of California

FRANK DITTO and JULIE DITTO,

              Plaintiffs,

  v.

JP MORGAN CHASE N.A., et al.,

              Defendants.

_____/

No. C 10-03979 MEJ

**SEOND ORDER DIRECTING PLAINTIFFS TO FILE CONSENT/DECLINATION FORM**

      On October 20, 2010, the Court ordered the parties to file a consent to magistrate judge jurisdiction or a request for reassignment to a district judge by October 28, 2010.  (Dkt. #5.) Plaintiffs have failed to comply with this order.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. .

      You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiffs shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin, then choose "Civil."  Plaintiffs shall inform the Court of their decision by November 8, 2010.

      **IT IS SO ORDERED.**

Dated: November 1, 2010

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**