IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK DITTO and JULIE DITTO,
husband and wife,

    Plaintiff,

  v.

JP MORGAN CHASE N.A., LONG
BEACH MORTGAGE COMPANY,
CALIFORNIA RECONVEYANCE,
and DOES 1-10.

    Defendants.

No. C 10-03979 WHA

**ORDER TO SHOW CAUSE**

Defendant JPMorgan Chase Bank, N.A. filed a motion to dismiss, which is set for a hearing on December 16, 2010, at 8:00 a.m. The deadline for plaintiffs to file an opposition was November 25, 2010. But no such opposition was received. The Court intends to grant the motion to dismiss unless good cause is shown to file a late opposition. Plaintiffs are **ORDERED TO SHOW CAUSE** for failure to respond by **NOON ON DECEMBER 2, 2010**. This is not permission to file an opposition.

**IT IS SO ORDERED.**

Dated: November 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE