IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK DITTO and JULIE DITTO, husband and wife,

    Plaintiffs,

  v.

JP MORGAN CHASE N.A., LONG BEACH MORTGAGE COMPANY, CALIFORNIA RECONVEYANCE, and DOES 1–10,

    Defendants.

No. C 10-03979 WHA

**ORDER CONTINUING BRIEFING AND HEARING ON MOTION TO DISMISS AND DENYING REQUEST FOR JUDICIAL NOTICE**

The parties' submissions in response to the order to show cause for failure to respond to defendants' motion to dismiss are acknowledged. Good cause having been shown, plaintiffs' counsel is granted a limited extension of two weeks to file an opposition to the motion to dismiss. No further extensions will be granted. Plaintiffs' opposition to the motion is now due on **DECEMBER 9, 2010**. Any reply in support of the motion is now due on **DECEMBER 16, 2010**. The hearing on the motion currently set for December 16, 2010 is continued to **DECEMBER 30, 2010**. Defendants' request for judicial notice is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: December 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE