IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK DITTO and JULIE DITTO,

    Plaintiffs,

v.

J.P. MORGAN CHASE, N.A., LONG BEACH MORTGAGE COMPANY, CALIFORNIA RECONVEYANCE, and DOES 1–10,

    Defendants.

No. C 10-03979 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**

The hearing on defendants' motion to dismiss is hereby **CONTINUED** to **JANUARY 6, 2010, AT 8:00 A.M.** In addition, the case management conference is also continued to January 6, following the motion to dismiss hearing. Please note that the briefing schedule for the motion remains unchanged. Defendants' motion to appear by telephone at the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE