IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DITTO,<br><br>    Plaintiff,<br><br>  v.<br><br>LONG BEACH MORTGAGE COMPANY and CALIFORNIA RECONVEYANCE,<br><br>    Defendants.<br>                                             / | No. C 10-03979 WHA<br><br>**ORDER SETTING HEARING REGARDING DISCOVERY DISPUTE** |

       Defendant California Reconveyance Company has filed a motion to compel responses to request for production of documents and special interrogatories. Defendant has ignored the Court's standing order regarding discovery disputes (Dkt. No. 17 at ¶ 25).

       This order requires the parties to meet and confer in the Court's jury room beginning from **11:00 A.M.** and continuing through **2:00 P.M.** on **MONDAY, JUNE 6, 2011**, concerning the discovery dispute that is the subject of defendant's motion. At 2:00 p.m., the Court shall hold a hearing to resolve any remaining issues. Plaintiff's response to defendant's submission is due by **NOON ON JUNE 2, 2011**. The motion hearing noticed for June 30 is **VACATED**.

...

Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: May 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE