IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK DITTO,

    Plaintiff,

  v.

JP MORGAN CHASE N.A., LONG BEACH MORTGAGE COMPANY and CALIFORNIA RECONVEYANCE,

    Defendants.

No. C 10-03979 WHA

**ORDER TO SHOW CAUSE**

    Defendants JP Morgan Chase N.A. and California Reconveyance Company have now been dismissed from this action against them (Dkt. Nos. 38 and 48). The only remaining defendant is Long Beach Mortgage Company, which has not appeared. The docket does not reflect that it was ever served with the complaint. Plaintiff's counsel shall respond by **JUNE 20, 2011**, and show cause why this action should not be dismissed against defendant Long Beach pursuant to FRCP 4(m), and this case closed.

    **IT IS SO ORDERED.**

Dated: June 14, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE